UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Tatar,

Plaintiff,

Case No. 10-12832

v.

Hon. Nancy G. Edmunds

Trott & Trott, P.C., et al.,

Defendants.
_______________________________/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Defendants' motions to dismiss and/or for summary judgment [#19, #20] are GRANTED IN PART AND DENIED IN PART. Defendants' motions are granted on all claims except Plaintiff's Fair Debt Collection Practices Act claims and, as to those claims only, Defendants' motions are denied without prejudice; only Plaintiff's Fair Debt Collection Practices Act claims remain.

SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: August 24, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 24, 2011, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager