UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Tatar,

       Plaintiff,                       Case No. 10-12832

v.                                            Hon. Nancy G. Edmunds

Trott & Trott, P.C., et al.,

       Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's complaint against World Savings Bank, Miles R. Winn, and Keller Williams is DISMISSED WITHOUT PREJUDICE pursuant to Rule 4(m) and Local Rules 41.2.

SO ORDERED.

                                               s/Nancy G. Edmunds
                                               Nancy G. Edmunds
                                               United States District Judge

Dated: November 10, 2011

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 10, 2011, by electronic and/or ordinary mail.

                                                 s/Carol A. Hemeyer
                                               Case Manager