UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Tatar,

    Plaintiff,                                        Case No. 10-12832

v.                                                      Hon. Nancy G. Edmunds

Trott & Trott, P.C., et al.,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that Plaintiff's motion for summary judgment is DENIED, Defendants' motions for summary judgment are GRANTED, and the remainder of Plaintiff's Complaint is hereby DISMISSED.

       SO ORDERED.

                                                                       s/Nancy G. Edmunds
                                                                       Nancy G. Edmunds
                                                                       United States District Judge

Dated: January 4, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 4, 2013, by electronic and/or ordinary mail.

                                                                       s/Carol A. Hemeyer
                                                                       Case Manager